UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                         |                              |
|-----------------------------------------|------------------------------|
| JEREMY BORDEN,                          |                              |
| Plaintiff,                              |                              |
| v.                                      | Civil Action No. 21-0527 (BAH) |
| U.S. DEPARTMENT OF HOMELAND SECURITY,   |                              |
| Defendant.                              |                              |

## JOINT STATUS REPORT

Pursuant to the Court's April 26, 2021, Minute Order, Defendant U.S. Department of Homeland Security ("DHS"), on behalf of its component U.S. Immigration and Customs Enforcement ("ICE"), including Homeland Security Investigations ("HSI"), and the HSI Cultural Property, Art and Antiquities Program ("HSI – Antiquities Program"), and Plaintiff Jeremy Borden ("Plaintiff"), by and through undersigned counsel, respectfully submit this Joint Status Report.

### BACKGROUND

1. The Complaint in this action is brought under the Freedom of Information Act ("FOIA") and concerns seven separate FOIA requests submitted by Plaintiff to ICE.

### CURRENT STATUS OF PROCESSING

Request No. 1[1] – Tracking No. 2020-ICFO-29572

2. The search has been completed.

---

[1] Defendant has added these headings with "FOIA Request" numbers to allow for easy reference to the requests throughout the litigation.

Request No. 2 – Tracking No. 2020-ICFO-32467

3. The search has been completed.

Request No. 3 – Tracking No. 2020-ICFO-29881

4. The search has been completed.

Request No. 4 – Tracking No. 2020-ICFO-29888

5. In the parties' first Joint Status Report, DHS reported that it would complete the search for records responsive to this request no later than May 31, 2021. Defendant has now completed its search for records responsive to this request and has confirmed that DHS will claim Exemption 7A to withhold all such records because the case underlying this FOIA request is still open and the investigation is still active, and harm could reasonably be expected to result if the requested records or information were disclosed.

Request No. 5 – Tracking No. 2020-ICFO-29891

6. The search has been completed.

Request No. 6 – Tracking No. 2020-ICFO-29895

7. The search has been completed.

Request No. 7 – Tracking No. 2020-ICFO-29908

8. As reported in the last Joint Status Report, the search is complete with respect to any electronic records in the possession of ICE, including HSI and HSI – Antiquities Program. However, ICE remains unable to retrieve the physical case file, as it has been archived in the Federal Records Center and, given the pandemic, the Federal Records Center is not retrieving non-emergency records at this time. Defendant does not know when the Federal Records Center will resume retrieval of non-emergency records.

**PROCESSING AND PRODUCTION**

9. Consistent with schedule identified in the parties last Joint Status Report, ICE issued its first FOIA response in this litigation on or about May 14, 2021.

10. ICE intends to continue processing 500 pages per month until all potentially responsive records have been processed and will also continue to issue monthly responses on the 14th day of the month or, if the 14th falls on a weekend or holiday, the next business day.

11. The parties anticipate the final FOIA response will be issued on or about August 16, 2021.

**PROPOSED NEXT STEPS**

12. The parties request that the Court issue an Order instructing the parties to file a Joint Status Report on or before August 30, 2021, at which time the parties will report as to whether there are any disputes remaining and shall propose a schedule for further proceedings.

Date: June 2, 2021

Respectfully submitted,

*/s/ Allison M. Zieve*
Allison M. Zieve
D.C. Bar No. 424786
Wendy Liu
D.C. Bar No. 1600942
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Rachel Clattenburg
D.C. Bar No. 1018164
Levy Firestone Muse LLP
1701 K Street NW
Suite 350
Washington, DC 20006
(202) 845-3215

*Counsel for Plaintiff*

CHANNING D. PHILLIPS
D.C. Bar 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

*Counsel for Defendant*